UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA KARIM, on behalf of herself
and all others similarly situated,

                              Plaintiff,                       24-CV-4784 (JPO)

              -v-                                              ORDER

BAAR PRODUCTS, INC.,

                              Defendant.

J. PAUL OETKEN, District Judge:

      The Court has been informed that the parties have reached a settlement in principle of

this case.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and

subject to restoring the action to the Court's calendar, provided the application to restore the

action is made within forty-five days.

      All filing deadlines and conference dates are adjourned *sine die*.

      SO ORDERED.

Dated: November 18, 2024
       New York, New York

_____
              J. PAUL OETKEN
              United States District Judge